**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1657

ROBERT WHITEHEAD,

Plaintiff - Appellant,

versus

JOHN VAN LLOYD, Attorney at Law; BARR, WARNER,
LLOYD & HENIFIN LAW FIRM, in their official
and individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Patrick Michael Duffy, District
Judge.  (CA-03-3637-9)

Submitted:  November 18, 2004      Decided:  November 23, 2004

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Whitehead, Appellant Pro Se.  Robert Gerald Chambers, Jr.,
TURNER, PADGET, GRAHAM & LANEY, Charleston, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Whitehead appeals the district court's order accepting the report and recommendation of the magistrate judge and denying relief on his tort action in which he alleged legal malpractice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Whitehead v. Lloyd, No. CA-03-3637-9 (D.S.C. Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED